MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/10/26 _____

February 9, 2026

**Via ECF**

Hon. Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *In re Bernard L. Madoff Inv. Sec. LLC*, 25 Civ. 6042 (ALC) – Request for Stay

Dear Judge Carter:

We write respectfully to jointly request a stay of this Bankruptcy appeal because the parties have reached an agreement in principle to resolve their dispute. This appeal was fully briefed as of November 21, 2025. The parties respectfully request that the Court stay any disposition of the appeal for approximately 75 days to permit the parties to finalize a settlement agreement and obtain necessary approvals from the Bankruptcy Court. This is the parties' first request for a stay.

Respectfully submitted,

*/s/ Marc L. Greenwald*                          */s/ Kim M. Longo*

Marc L. Greenwald                                Kim M. Longo


                                                 */s/ Keith R. Murphy*

                                                 Keith R. Murphy


SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 10, 2026
New York, NY