**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                          :
 **In re Bernard L. Madoff Investment**     :     **1:25-cv-6042 (ALC)**
 **Securities LLC,**                                  :
                                                          :     **ORDER OF DISCONTINUANCE**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs.


**SO ORDERED.**

**Dated:**   June 17, 2026

    **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**